# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James E. Duncan,

    Plaintiff(s),

vs.

Teddy Maloney, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-459

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/7/2007 Order.

Signed: November 7, 2007

Frank G. Johns, Clerk
United States District Court